UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GUSTAVO NAJERA, by and through successors in interest, ALEJANDRO NAJERA and MARIA MAGDALENA PLIEGO, and ALEJANDRO NAJERA and MARIA MAGDALENA PLIEGO, individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ANAHEIM, GERMAN ALVAREZ and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:   8:16-CV-1243 JLS (JCG)<br><br>**PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION**<br><br><br>Action Filed:   July 5, 2016<br>Trial Date:  None set |

　　　　On September 14, 2016, the parties stipulated to a protective order regarding confidential information and seek to have a protective order entered by the Court based on that stipulation.  The stipulation has been filed with the Court.  Based on that Stipulation and it appearing that the information is confidential and good cause appearing therefor, the following Protective Order shall apply to any Documents produced by Defendants to Plaintiffs' counsel in this action:

　　　　1.　　Attorneys for the Plaintiffs shall receive from the Defendants a copy of the DA's investigation and APD police and investigative reports in connection

1 with the officer involved shooting investigation of decedent ("File").

2. Attorneys for the Plaintiffs shall personally secure and maintain the File in their possession to the end that the File is to be used only for the purposes set forth below and for no other purpose.

3. Plaintiffs' counsel's copy of the investigation File shall only be used for preparing for and prosecuting this case pending the completion of the judicial process including appeal, if any. No copies of the File shall be made.

4. If necessary in the judgment of the attorneys for the Plaintiffs in this case, they may show or reveal the contents of the File to their experts and/or investigators, if the same may actively assist in the prosecution of this case.

5. Duration: Once a case proceeds to trial, all of the information that was designated as confidential or maintained pursuant to this protective order becomes public unless compelling reasons supported by specific factual findings to proceed otherwise are made to the trial judge in advance of the trial. <u>Kamakana v. City and County of Honolulu</u> (9th Cir. 2006) 447 F.3d 1172, 1180-1181 (distinguishing "good cause" showing for sealing documents produced in discovery from "compelling reasons" standard when merits-related documents are part of court record). Accordingly, the terms of this protective order do not extend beyond the commencement of the trial.

6. Final Disposition: After the final disposition of this Action, Plaintiffs' Counsel shall return all Protected Material and/or Confidential Information to counsel for the City or shall destroy such material, including all copies and extracts thereof, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Protected Material and/or Confidential Information with the exception of those documents affected by the attorney work-product doctrine or attorney-client privilege. Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda,

1  correspondence, deposition and trial exhibits, expert reports, attorney work
2  product, and consultant and expert work product, even if such materials contain
3  material Protected Material and/or Confidential Information produced subject to
4  this order. Any such archival copies that contain or constitute Protected Material
5  and/or Confidential Information remain subject to this Protective Order.

6      7.    Attorneys for the Plaintiffs shall cause the substance of this order to
7  be communicated to each person to whom the File is revealed in accordance with
8  this order and prior to disclosure of the Confidential Information, have such
9  person execute a written Understanding and Agreement to be bound by this
10 Stipulation for Protective Order in the form attached hereto as Exhibit 1.

11     8.    The attorneys for the Plaintiffs shall not cause or knowingly permit
12 disclosure of the contents of the File beyond the disclosure permitted under the
13 terms and conditions of this order, including but not limited to any news media
14 which is inclusive of film or video, television, radio or print.

15     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

17 Dated: September 26, 2016      _____
                              HON. JAY C. GANDHI
18                            United States Magistrate Judge

28 118689v1

3

Case No. 8:16-CV-1243 JLS (JCG)

## EXHIBIT 1

## UNDERSTANDING AND AGREEMENT

## PURSUANT TO PROTECTIVE ORDER

I declare under penalty of perjury under the laws of the United States of America that I have read in its entirety and understand the Stipulation and Protective Order that was issued by the United States District Court for the Central District of California in the case of NAJERA v. CITY OF ANAHEIM, et. al., Case No. SACV 16-1243 JLS (JCGx), now pending in the District Court. I understand the Stipulation and Order and agree to comply with and to be bound by all the terms of the Stipulation and Protective Order. I solemnly promise that I will not disclose in any manner any information or item that is subject to the Stipulation and Protective Order to any person or entity except in strict compliance with the provisions of the Stipulation and Protective Order.

DATED:_____

By: _____
    SIGNATURE

_____
PRINT NAME

_____
ADDRESS

_____
CITY, STATE, ZIP