# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GUSTAVO NAJERA, by and through successors in interest, ALEJANDRO NAJERA and MARIA MAGDALENA PLIEGO, and ALEJANDRO NAJERA and MARIA MAGDALENA PLIEGO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, GERMAN ALVAREZ and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:   8:16-CV-01243 JLS (JCG)<br><br><br><br>**JUDGMENT ON JURY VERDICT**<br><br><br><br>Action Filed:   July 5, 2016<br>Trial Date:      April 30, 2018 |

| | |
|---:|:---|
| 1 | This action came on regularly for trial on April 30, 2018 in Courtroom |
| 2 | 10A of the United States District Court, the Hon. Josephine L. Staton, presiding; |
| 3 | the Plaintiffs appeared by attorney Arnoldo Casillas of Casillas & Associates, |
| 4 | and the Defendants appeared by attorney Moses W. Johnson, IV, Assistant City |
| 5 | Attorney. |
| 6 | A jury of 8 persons was regularly impaneled and sworn. Witnesses were |
| 7 | sworn and testified. After hearing the evidence and arguments of counsel, the |
| 8 | jury was duly instructed by the Court and the cause was submitted to the jury |
| 9 | with directions to return a special verdict. The jury deliberated and thereafter |
| 10 | returned into Court with its verdict as follows: |
| 11 | |
| 12 | 1. Did Officer Alvarez use excessive or unreasonable force against |
| 13 | Gustavo Najera? |
| 14 | |
| 15 | _____Yes        \_\_\_\_\_X\_\_\_\_\_No |
| 16 | If you answered "Yes" to Question 1, please proceed to Question 2. If you |
| 17 | answered "No" to Question 1, then answer question 3. |
| 18 | |
| 19 | 3. Was Officer Alvarez negligent in his tactical conduct and decision- |
| 20 | making before using deadly force under all of the circumstances? |
| 21 | |
| 22 | _____Yes        \_\_\_\_\_X\_\_\_\_\_No |
| 23 | |
| 24 | It appearing by reason of said verdict that Defendants are entitled to |
| 25 | judgment against Plaintiffs. |
| 26 | NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED |
| 27 | that said Plaintiffs take nothing by their complaint filed herein on July 5, 2016, |
| 28 | /// |

1 | and that Defendants, City of Anaheim and German Alvarez, are prevailing
2 | parties and may seeks costs in accordance with the Federal Rules of Civil
3 | Procedure and this Court's Local Rules

Dated: May 11. 2018

_____
HON. JOSEPHINE L. STATON
United States Judge