UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 02 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ESTATE OF GUSTAVO NAJERA, by and through successors in interest, Alejandro Najera and Maria Magdalena Pliego; et al.,

    Plaintiffs - Appellants,

v.

CITY OF ANAHEIM and GERMAN ALVAREZ,

    Defendants - Appellees.

No. 18-56057

D.C. No. 8:16-cv-01243-JLS-JCG
U.S. District Court for Central California, Santa Ana

**MANDATE**

The judgment of this Court, entered November 08, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7